COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Victor Elgohary v. Texas Halo Fund I, LLC; Texas Halo J4T Management, LLC; Texas Halo J4T Affiliate Fund, LLC, Andrew Clark; William Wheelock; Robert Tucci; and David Steakley

Appellate case number: 01-17-00772-CV

Trial court case number: 2016-24235

Trial court: 215th District Court of Harris County

The clerk's record in this appeal was due on November 27, 2017. But on that date, the trial court clerk advised us that appellant had not made payment arrangements for the filing of the clerk's record. Our court issued a notice to appellant advising him that the appeal would be dismissed unless he made arrangements to pay for the clerk's record by December 27, 2017. On December 21, 2017, appellant filed a motion for extension of time to file the record until 10 days after the completion of mediation. On December 27, 2017, the trial court clerk advised this court that appellant had paid $50 of the $1,537.00 due on the clerk's record.

We grant appellant's motion in part, extending the deadline to file the record until **February 5, 2018**. As the court advised appellant previously, the Court may dismiss an appeal for want of prosecution when the appellant has not paid or made payment arrangements to have the clerk's record timely filed. See TEX. R. APP. P. 37.3(b); 42.3. The final deadline to submit written evidence from the trial-court clerk that you have paid or made arrangements to pay the clerk's fee for preparing the clerk's record is **5:00 p.m., February 5, 2018.**

If by the deadline the court does not receive either (1) written evidence from the trial-court clerk that you have paid or made arrangements to pay the clerk's fee for preparing the clerk's record or (2) a meritorious response that you are exempt from paying the clerk's fee, **this appeal may be dismissed without further notice.**

It is so ORDERED.

Judge's signature: /s/ Jennifer Caughey
         ☑ Acting individually ☐ Acting for the Court

Date: January 11, 2018